**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6319**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

GURPREET SINGH BAJWA,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:20-cr-00060-LMB-1)

Submitted:  April 16, 2025                                    Decided:  May 23, 2025

Before WILKINSON, HARRIS, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Gurpreet Singh Bajwa, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gurpreet Singh Bajwa appeals the district court's order denying his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2), based on Amendment 821 to the Sentencing Guidelines. We review the denial of a § 3582(c)(2) motion for abuse of discretion. *United States v. Martin*, 916 F.3d 389, 395 (4th Cir. 2019). Where, as here, the district court determines that the defendant is eligible for a sentence reduction, the court must then "consider[ the] relevant [18 U.S.C. § 3553(a)] sentencing factors to determine whether, in its discretion, a reduction is warranted in whole or in part under the particular circumstances of the case." *United States v. Muldrow*, 844 F.3d 434, 438 (4th Cir. 2016) (internal quotation marks omitted). We have reviewed the record and find no reversible error. The court clearly understood its authority to reduce Bajwa's sentence, but the court exercised its discretion to deny a reduction based on its review of the § 3553(a) factors. Accordingly, we affirm the district court's order. *United States v. Bajwa*, No. 1:20-cr-00060-LMB-1 (E.D. Va. Mar. 19, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2